UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:12-CR-00291-SI |
| v. | ORDER TO REDUCE TERM OF IMPRISONMENT TO TIME SERVED |
| JESUS MORALES, | |
| Defendant. | |

BEFORE THE COURT is a motion filed by the United States of America and the Director of the Federal Bureau of Prisons pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), seeking a modification of the term of imprisonment of the defendant, Jesus Morales, to time served. The court finds:

1. Defendant Jesus Morales pleaded guilty to violating 21 U.S.C. § 846, Conspiracy to Distribute Heroin, Methamphetamine and Use Communication Facilities.

2. On October 9, 2013, Mr. Morales was sentenced to 70 months of imprisonment with 5 years of supervised release.

3. Mr. Morales suffers from a terminal medical condition and is considered to have a life expectancy of six months.

4. Title 18 U.S.C. § 3582(c)(1)(A)(i) authorizes the court, upon motion of the Director of the Federal Bureau of Prisons, to modify a term of imprisonment upon the finding that extraordinary and compelling reasons warrant the reduction. The Director of the Federal Bureau of Prisons contends, and this court agrees, that the defendant's terminal medical condition

and very limited life expectancy constitute extraordinary and compelling reasons warranting the requested reduction.

IT IS THEREFORE ORDERED that the defendant's term of imprisonment is hereby reduced to the time he has already served.

IT IS FURTHER ORDERED that the defendant shall be released from the custody of the Federal Bureau of Prisons as soon as his medical condition permits, the release plan is implemented, and travel arrangements can be made.

DONE AND ORDERED this 30th day of August 2016.

_____
HONORABLE MICHAEL H. SIMON
UNITED STATES DISTRICT JUDGE

Presented by:

BILLY J. WILLIAMS
United States Attorney


*s/ Geoffrey A. Barrow*
GEOFFREY A. BARROW
Assistant United States Attorney
(503) 727-1000